JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH PINEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br>WAL-MART ASSOCIATES, INC.,<br>    and<br>DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-00923-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 21] entered on or about August 2, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 26, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE